NO. 12-03-00248-CR



IN THE COURT OF APPEALS



TWELFTH COURT OF APPEALS DISTRICT



TYLER, TEXAS




LARRY WAYNE MILLER,
§
 APPEAL FROM THE 241ST

APPELLANT


V.
§
 JUDICIAL DISTRICT COURT OF


THE STATE OF TEXAS,

APPELLEE
§
 SMITH COUNTY, TEXAS






MEMORANDUM OPINION


PER CURIAM


 Appellant pleaded guilty to the offense of possession of a controlled substance. The trial
court assessed punishment at confinement for two years in a state jail facility. We have received the
trial court's certification showing that Appellant this is a plea-bargain case, and Appellant has no his
right to appeal. See Tex. R. App. P. 25.2(c)(3)(B). Accordingly, the appeal is dismissed for want
of jurisdiction.

Opinion delivered August 20, 2003.

Panel consisted of Worthen, C.J., Griffith, J., and DeVasto, J.








(DO NOT PUBLISH)